BERTHA B. MAHONEY, as Executrix of JAMES MAHONEY, Deceased, Respondent, *v.* GEORGE S. CAMPBELL et al., Appellants, and BUTLER GROCERY COMPANY, Respondent.

*Mahoney* v. *Campbell*, 119 App. Div. 917, affirmed.
(Argued November 30, 1908; decided December 15, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

May 18, 1907, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term in an action to set aside certain transfers of stock as fraudulent, to compel specific performance of an alleged contract for the sale of such stock and for an accounting.

*Eugene M. Bartlett* for appellants.

*Morris Cohn, Jr.,* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.